UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN BERNARDO NAUTA ORDONEZ,

                    Petitioner,

          -against-

U.S. IMMIGRATION AND CUSTOM
ENFORCEMENT, et al.,

                    Respondents.

Case No. 25 Civ. 7915 (JHR)

ORDER

JENNFER H. REARDEN, United States District Judge:

By Order dated September 26, 2025, the Court transferred this *pro se* action, pursuant to

28 U.S.C. § 1404, to the United States District Court for the District of New Jersey.  ECF No. 4.

The District of New Jersey acknowledged receipt of the action the same day.[1]  *See Nauta*

*Ordonez v. U.S. Immigration and Custom Enforcement et al.*, No. 2:25-cv-16017 (D.N.J.

September 26, 2025).  On September 29, 2025, three days after the Clerk of this Court entered

the transfer order, Petitioner's next friend, Emma Contreras, filed a letter with this Court asking

to bring Petitioner, her husband, back to New York.  ECF No. 5.  Ms. Contreras also submitted

letters in support of Petitioner's application.  *Id.*

The transfer of a case divests the transferor court of jurisdiction over the action.  *Drabik*

*v. Murphy*, 246 F.2d 408, 409 (2d Cir. 1957) (holding that district court did not have jurisdiction

to rule on motion following transfer of case).  Here, the transferee court received this action on

September 26, 2025, the transfer of which divested this Court of jurisdiction to act.

---

[1] The Court waived the seven-day waiting period under Local Civil Rule 83.1 because the
petition seeks immediate release of an individual in custody.  ECF No. 4 at 2.

Ms. Contreras's September 29 application and any further applications must be made to the transferee court in the District of New Jersey.  The Clerk of Court is directed to transmit the filing at ECF No. 5 to the District of New Jersey.  The Clerk of Court is further directed to mail a copy of this Order to Petitioner and also to email a copy of this Order to the email address identified in Ms. Contreras's submission at ECF No. 5.

       SO ORDERED.

Dated:    October 1, 2025
          New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

2